LAW OFFICE OF MONICA L. BERMUDEZ
Monica L. Bermudez, SBN 275434
1670 M. Street
Bakersfield, CA 93301
Tel: (661) 616-2141
Fax: (661) 322-7675
Email: monica@lawbermudez.com

Attorney for:
Erica Ramirez

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERICA RAMIREZ<br><br>Defendants. | Case No.  1:22-cr-00062-JLT-SKO<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING<br><br>Date:  January 22, 2024<br>Time:  10:00 A.M.<br>**Courtroom: 4** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE JENNIFER L THURSTON AND JUSTIN GILIO, ASSISTANT UNITED STATES ATTORNEY, EASTERN DISTRICT OF CALIFORNIA:

**COMES NOW** Defendant, ERICA RAMIREZ, by and through her attorney of record, MONICA L. BERMUDEZ, hereby requesting that the sentencing hearing currently set for Monday, November 20, 2023, be continued to Monday, January 22, 2024, at 10:00 a.m.

Defense counsel is currently engaged in trial on the matter of *People v. Jorge Milan* BF185360A.  Defense Counsel has discussed the request to vacate and continue the hearing with AUSA Justin Gilio and he does not have an objection to Defense Counsel's request.

1

The updated Presentence Investigation Referral Schedule is as follows:

- The draft Presentence Report shall be disclosed to counsel no later than: November 13, 2023

- Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: December 13, 2023.

- The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: January 8, 2024.

- Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: January 15, 2024.

- Reply or Statement of Non-Opposition: January 15, 2024.

- Judgment and Sentencing Date: January 22, 2024.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

**IT IS SO STIPULATED**

DATED: 09/27/2023

Respectfully Submitted,
*/s/ Monica L. Bermudez*
MONICA L. BERMUDEZ
Attorney for Defendant
Erica Ramirez

DATED: 09/27/2023

*/s/Justin Gilio*
JUSTIN GILIO
Assistant United States Attorney

# **ORDER**

GOOD CAUSE APPEARING, IT IS SO ORERED that the change sentencing hearing currently set for Monday, November 20, 2023, before Honorable Thurston is continued to Monday, January 22, 2024, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **September 27, 2023**

UNITED STATES DISTRICT JUDGE