LAW OFFICE OF MONICA L. BERMUDEZ
Monica L. Bermudez, SBN 275434
1670 M. Street
Bakersfield, CA 93301
Tel: (661) 616-2141
Fax: (661) 322-7675
Email: monica@lawbermudez.com

Attorney for:
Erica Ramirez

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERICA RAMIREZ<br><br>Defendants. | Case No. 1:22-cr-00062-JLT-SKO<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING<br><br>[Proposed] Date: January 21, 2025<br>Time: 9:00 A.M.<br>**Courtroom: 4** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE JENNIFER L THURSTON AND JUSTIN GILIO, ASSISTANT UNITED STATES ATTORNEY, EASTERN DISTRICT OF CALIFORNIA:

**COMES NOW** Defendant, ERICA RAMIREZ, by and through her attorney of record, MONICA L. BERMUDEZ, hereby requesting that the sentencing hearing currently set for October 21, 2024, be continued to Monday, January 21, 2025, at 9:00 a.m. Defense Counsel has discussed the request to vacate and continue the hearing with AUSA Justin Gilio and he does not have an objection to Defense Counsel's request.

1

**IT IS SO STIPULATED**

Respectfully Submitted,

DATED: 10/7/2024         ***/s/ Monica L. Bermudez***
                         MONICA L. BERMUDEZ
                         Attorney for Defendant
                         Erica Ramirez

DATED: 10/7/2024         ***/s/Justin Gilio***
                         JUSTIN GILIO
                         Assistant United States Attorney

**ORDER**

GOOD CAUSE APPEARING, IT IS SO ORDERED that the sentencing hearing currently set for Monday, October 21, 2024, before Honorable Thurston is continued to Monday, January 21, 2025, at 9:00 a.m.

IT IS SO ORDERED.

Dated: __**October 7, 2024**__                    _____
                                                  UNITED STATES DISTRICT JUDGE