Monica L. Bermudez, BAR #275434
Attorney at Law
1304 "L" St
Bakersfield, CA 93306
Telephone: 661-616-2141
monica@lawbermudez.com

Attorney for Defendant Erica Ramirez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:22-cr-00062 |
| Plaintiff, | |
| v. | **MOTION TO TERMINATE CJA APPOINTMENT OF MONICA L BERMUDEZ AS ATTORNEY OF RECORD ORDER** |
| Erica Ramirez | |
| Defendant. | |

On April 15, 2022, Defendant Erica Ramirez was indicted on federal charges. CJA Panel Attorney Monica L. Bermudez was appointed as counsel to represent Ms. Ramirez in her criminal case on April 5, 2022. Ms. Ramirez was sentenced pursuant to a plea agreement on January 21, 2025. The time for filing a direct appeal was February 5, 2025. No direct appeal was filed, and she was not in custody at sentencing. Ms. Ramirez criminal case has now therefore come to an end. Having completed her representation of Ms. Ramirez, CJA attorney Monica L. Bermudez now moves to terminate her appointment under the Criminal Justice Act.

Should Ms. Ramirez require further legal assistance she has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite

330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist her.

Dated: 04/23/2025                                         Respectfully submitted,

                                                          */s/ Monica L. Bermudez*
                                                          Monica L. Bermudez,
                                                          Attorney for Defendant
                                                          Erica Ramirez

# ORDER

Having reviewed the notice and found that attorney Monica L. Bermudez has completed the services for which she was appointed, the Court hereby grants attorney Monica L. Bermudez's request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free).  If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Erica Ramirez at the following address and to update the docket to reflect Defendant's pro se status and contact information.

FCI Victorville

Erica Ramirez Register Number: 93949-509

PO BOX 3725

Adelanto, CA 92301

IT IS SO ORDERED.

   Dated:   **April 25, 2025**                                          
                                                          UNITED STATES DISTRICT JUDGE